## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Jocelyn  A Trombetta            CHAPTER 13

                Debtor(s)

           BKY. NO. 19-15158 MDC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Wilmington Savings Fund Society, FSB, Not in its individual capacity but solely as Owner Trustee of Golden Channel Trust and index same on the master mailing list.

            Respectfully submitted,

/s/ 

Rebecca Solarz
22 Jan 2021, 16:53:10, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322