IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                    :        CHAPTER 13

JOCELYN A. TROMBETTA      :     No.  19-15158-MDC

ANSWER TO MOTION OF SPECIALIZED LOAN SERVICING LLC AND
CERTIFICATE OF SERVICE

1.   Admitted.

2.   Admitted.

3.   Admitted.

4.   Admitted.

5.   Admitted.

6.   Admitted.

7.   Admitted payments were missed and debtor asks for a
     chance to get caught up.

8.   Denied for lack of proof.

9.   Admitted the payments were missed.  Denied as to the
     amount of attorney fees.

10.  Denied.

11.  No response is required.

WHEREFORE Debtor respectfully requests this Honorable Court
deny Movant's Motion for Relief

                              /s/ David M. Offen
                              David M. Offen
                              Attorney for Debtor
Dated: 02/10/2021


     A copy of this Answer is being served on Rebecca A. Solarz,
Esquire, and the Chapter 13 Trustee.

                              /s/ David M. Offen
                              David M. Offen
                              Attorney for Debtor