# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Jocelyn A Trombetta,<br>        Debtor. | Chapter 13 |
| U.S. Bank National Association, as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee for LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-1,<br>        Movant,<br>vs.<br>Jocelyn A Trombetta,<br>*Richard Trombetta, Co-Debtor,*<br>        Debtors / Respondents,<br><br>and<br>KENNETH E. WEST,<br>        Trustee / Respondent. | Case No.: 19-15158-pmm<br><br>Hearing Date: July 10, 2024<br>Time: 1:00 p.m. |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION FOR RELIEF FROM AUTOMATIC STAY
## AND CO-DEBTOR STAY

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on May 17, 2024, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than June 3, 2024.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

|  |  |
|---|---|
|  | Respectfully submitted,<br>ALBERTELLI LAW |
| DATED: June 4, 2024 | /s/ Roger Fay, Esq. ID No. 315987<br>14000 Commerce Parkway, Suite H<br>Mount Laurel, NJ 08054<br>rfay@alaw.net<br>(856) 724-1888<br>Attorneys for Movant |