IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Chapter 13 |
| Jocelyn A Trombetta | : Case No. 19-15158-pmm |
| Debtor(s) | |

ANSWER TO MOTION OF RELIEF FROM THE AUTOMATIC STAY OF
U.S. Bank National Association
<u>AND CERTIFICATE OF SERVICE</u>

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted.
7. Admitted.
8. Admitted.
9. Admitted.
10. Admitted.
11. Admitted.
12. Denied. Debtor owes just May and June.
13. Debtor opposes the same.
14. No response required.
15. No response required.

WHEREFORE, Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief from Automatic Stay.

/s/ David M. Offen
David M. Offen Esquire
Attorney for Debtor

Dated: June 7, 2024

A copy of this Answer is being served on ROGER FAY, Esquire and the Chapter 13 Trustee.

/s/ David M. Offen
David M. Offen Esquire
Attorney for Debtor

Dated: June 7, 2024