# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Jocelyn A Trombetta,          :          Chapter 13
                                      :
        Debtor      :
                                      :          Case No.   19-15158-pmm
                                      :
                                      :

## ORDER SETTING DEADLINE FOR FILING OF STIPULATION

AND NOW, upon consideration of the Motion for Relief from Stay (doc. #45, the "Motion"), seeking relief pursuant to 11 U.S.C. §362 and the Response filed thereto (doc. #48);

AND, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby ORDERED that:

1. On or before August 9, 2024, the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

07/10/2024                                    *Patricia M. Mayer*
                                              PATRICIA M. MAYER
                                              U.S. BANKRUPTCY JUDGE