## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Jocelyn A Trombetta,  :  Chapter 13
:
:  Case No.   19-15158 (PMM)
:
Debtor.  :

## O R D E R

**AND NOW**, upon consideration of the Motion for Relief from Stay (doc. # 45, "the Motion") and the Objection thereto (doc. #48);

**AND,** the parties having reported the Motion settled in advance of the hearing;

**AND,** the Court having an entered an Order (doc. # 50) directing the parties to file a stipulation **on or before August 9, 2024** and additionally specifying that failure timely to file a stipulation may result in denial of the Motion without further notice or hearing;

**AND,** no stipulation having been filed and no further action having been taken with regard to the Motion;

It is therefore **ORDERED** that:

1)   The Motion is **DENIED**; and

2)   The entrance of this Order precludes any further action with regard to the Motion.

**Date:  8/19/24**

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE