United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 19-15158-pmm |
|---|---|
| Jocelyn A Trombetta | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Aug 28, 2024 | Form ID: 138OBJ | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jocelyn A Trombetta, 1810 Rittenhouse Square, Unit 1202, Philadelphia, PA 19103-5818 |
| 14878314 | + | U.S. Bank National Association, as Trustee, c/o Roger Fay, Esquire, Albertelli Law, 14000 Commerce Parkway, Suite H, Mount Laurel, NJ 08054-2242 |
| 14578410 | + | Wilmington Savings Fund Society, FSB, Not in its i, C/O Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14906494 | | Wilmington Savings Fund, et al., Fay Servicing, LLC, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 29 2024 00:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 29 2024 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14374845 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 29 2024 00:17:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14400719 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Aug 29 2024 00:17:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14374846 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 29 2024 00:27:04 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14374847 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 29 2024 00:15:51 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14390162 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 29 2024 00:16:50 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14374849 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 29 2024 00:15:53 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14374850 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 29 2024 00:27:41 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14409636 | | Email/Text: bnc-quantum@quantum3group.com | Aug 29 2024 00:17:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14374848 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 29 2024 00:15:49 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14389414 | + | Email/Text: RASEBN@raslg.com | Aug 29 2024 00:17:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

| Recipient # | | Delivery Method | Date/Time | Party |
|---|---|---|---|---|
| 14407767 | | Email/PDF: resurgentbknotifications@resurgent.com  Aug 29 2024 00:27:13 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14374851 | + | Email/Text: nsm_bk_notices@mrcooper.com  Aug 29 2024 00:17:00 | | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14410361 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com  Aug 29 2024 00:27:40 | | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14374852 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com  Aug 29 2024 00:17:00 | | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village CO 80111-4720 |
| 14374853 | + | Email/PDF: ais.sync.ebn@aisinfo.com  Aug 29 2024 00:15:49 | | Syncb/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14375533 | ^ | MEBN  Aug 29 2024 00:09:28 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14374854 | + | Email/PDF: ais.sync.ebn@aisinfo.com  Aug 29 2024 00:27:05 | | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14374855 | + | Email/PDF: ais.sync.ebn@aisinfo.com  Aug 29 2024 00:27:58 | | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 14374856 | + | Email/Text: bncmail@w-legal.com  Aug 29 2024 00:17:00 | | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14401493 | + | Email/Text: nsm_bk_notices@mrcooper.com  Aug 29 2024 00:17:00 | | U.S. BANK NATIONAL ASSOCIATION, Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9096 |
| 14394677 | + | Email/Text: RASEBN@raslg.com  Aug 29 2024 00:17:00 | | U.S. Bank National Association, c/o Lauren B. Karl, Esq., RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14393963 | + | Email/Text: RASEBN@raslg.com  Aug 29 2024 00:17:00 | | U.S. Bank National Association, c/o RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14374857 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com  Aug 29 2024 00:16:57 | | Wells Fargo Bank, Mac F823f-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 14405876 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com  Aug 29 2024 00:17:00 | | Wilmington Savings Fund Society,FSB Trustee, c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village CO 80111-4720 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 30, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Jocelyn A Trombetta dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Wilmington Savings Fund Society  FSB, Not in its individual capacity but solely as Owner Trustee of Golden Channel Trust bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| LAUREN BERSCHLER KARL | on behalf of Creditor U.S. Bank National Association lkarl@rascrane.com  lbkarl03@yahoo.com |
| ROGER FAY | on behalf of Creditor U.S. Bank National Association rfay@alaw.net  bkecf@milsteadlaw.com |
| ROGER FAY | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE rfay@alaw.net, bkecf@milsteadlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*Form 138OBJ* (6/24)−doc 59 − 56

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|   Jocelyn A Trombetta | ) | Case No. 19−15158−pmm |
| | ) | |
| | ) | |
|   Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: August 28, 2024

For The Court

Timothy B. McGrath
Clerk of Court