United States Bankruptcy Court
Eastern District of Pennsylvania

In re: | Case No. 19-15158-pmm
Jocelyn A Trombetta | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Aug 28, 2024     Form ID: 234     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jocelyn A Trombetta, 1810 Rittenhouse Square, Unit 1202, Philadelphia, PA 19103-5818 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2024 at the address(es) listed below:

**Name**     **Email Address**

DAVID M. OFFEN
    on behalf of Debtor Jocelyn A Trombetta dmo160west@gmail.com
    davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Wilmington Savings Fund Society  FSB, Not in its individual capacity but solely as Owner Trustee of Golden Channel Trust bkgroup@kmllawgroup.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

LAUREN BERSCHLER KARL
    on behalf of Creditor U.S. Bank National Association lkarl@rascrane.com  lbkarl03@yahoo.com

ROGER FAY
    on behalf of Creditor U.S. Bank National Association rfay@alaw.net  bkecf@milsteadlaw.com

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 28, 2024 | Form ID: 234 | Total Noticed: 1 |

ROGER FAY                     on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE rfay@alaw.net, bkecf@milsteadlaw.com

United States Trustee
                USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Jocelyn A Trombetta
      Debtor(s)

Case No:19−15158−pmm
Chapter: 13

_____

### NOTICE OF TERMINATION OF WAGE ORDER

NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Amended Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

          For The Court

          Timothy McGrath,
          Clerk of Court

Date: 8/28/24