United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-15158-pmm

Jocelyn A Trombetta                                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                    User: admin                    Page 1 of 2
Date Rcvd: Nov 19, 2024                 Form ID: 138FIN                 Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2024:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Jocelyn A Trombetta, 1810 Rittenhouse Square, Unit 1202, Philadelphia, PA 19103-5818 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| smg | Email/Text: megan.harper@phila.gov | Nov 20 2024 00:29:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 20 2024 00:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2024              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| DAVID M. OFFEN | on behalf of Debtor Jocelyn A Trombetta dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | |

on behalf of Creditor Wilmington Savings Fund Society  FSB, Not in its individual capacity but solely as Owner Trustee of Golden Channel Trust bkgroup@kmllawgroup.com

KENNETH E. WEST

ecfemails@ph13trustee.com  philaecf@gmail.com

LAUREN BERSCHLER KARL

on behalf of Creditor U.S. Bank National Association lkarl@rascrane.com  lbkarl03@yahoo.com

ROGER FAY

on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE rfay@alaw.net, bkecf@milsteadlaw.com

ROGER FAY

on behalf of Creditor U.S. Bank National Association rfay@alaw.net  bkecf@milsteadlaw.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

*Form 138FIN* (6/24)–doc 65 – 64

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                         )

    Jocelyn A Trombetta         )     Case No. 19–15158–pmm

                        )

                        )

    Debtor(s).                 )     Chapter: 13

                        )

                        )

## NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

Date: November 19, 2024                    For The Court

                                        Timothy B. McGrath
                                        Clerk of Court